966 A.2d 1074

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. MANUEL
FAJARDO–SANTOS, DEFENDANT–RESPONDENT.

February 26, 2009.

ORDERED that the motion for leave to appeal is granted.